STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Kenny Layne Oliver
Oliver & Way
P. O. Box 82447
Lafayette LA 70598-2447

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 9, 2020

**REHEARING ACTION: December 9, 2020**

**Docket Number: 20   00003-CA**

**BRANDON S. WISE INDV. AND OBO
DREY DOMONE WISE
VERSUS
GEORGE O'NEIL AND ANTOINETTE O'NEIL**

**Appealed from Acadia Parish Case No. 201610639**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. D. Kent Savoie**
> **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Louisiana Farm Bureau Mutual Insurance Company**

is:

> **REHEARING GRANTED. The rehearing is granted as to the issue
> of Duty to Defend only. In all other respects, rehearing is denied.**
>
> Cooks, J., would deny the rehearing

Briefing is ordered by the Court. The following briefing schedule is established and no extension will be granted.

**La. Farm Bureau's brief is due on or before:  December 21, 2020**
**ONeil's brief is due on or before:             December 30, 2020**

The case will then be considered submitted to the Court on briefs as of 12/30/2020.

cc: Joseph Jerome Long, Counsel for the Appellee
    Alfred Frem Boustany  II, Counsel for the Appellee